THE METROPOLITAN LIFE INSURANCE COMPANY, Respondent, *v.* JOHN C. STURGIS et al., Appellants.

(Argued October 15, 1890; decided October 31, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made October 16, 1886, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Charles S. Lester* for appellants.

*William H. Arnoux* for respondent.

Agree to affirm; no opinion.
All concur except PARKER, J., not sitting.
Judgment affirmed.